NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-1400

SUPREME SERVICES AND SPECIALTY CO., INC.

VERSUS

SONNY GREER, INC. (D/B/A SONNY GREER CONSTRUCTION CO., INC.),
L.E. GREER, BRIDGETTE GREER AND MELVIN J. OUBRE, AIA

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
16TH JUDICIAL DISTRICT COURT,
NO. 96527,
HONORABLE KEITH R. J. COMEAUX

\*\*\*\*\*\*\*\*\*\*\*\*

GLENN B. GREMILLION
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Glenn B. Gremillion and Billy H. Ezell, Judges.

MOTION TO DISMISS PLAINTIFF'S
APPEAL AGAINST AXA GLOBAL RISK
U.S. INSURANCE COMPANY
GRANTED.

JAMES RYAN, III
JAMES RYAN III & ASSOCIATES, LLC
201 St. Charles Avenue, Suite 2530
New Orleans, LA 70170
(504) 599-5990
COUNSEL FOR AXA GLOBAL RISK U.S. INSURANCE COMPANY

WILLIAM L. MELANCON
Versailles Centre, Suite 700
102 Versailles Blvd.
Lafayette, LA 70501
(337) 233-8600
COUNSEL FOR SUPREME SERVICE AND SPECIALTY CO., INC.

**DAVID GRONER**
**P.O. Box 9207**
**New Iberia, LA 70562-9207**
**(337) 364-3629**
**COUNSEL FOR SONNY GREER, INC. (D/B/A SONNY GREER CONSTRUCTION CO., INC.), L.E. GREER AND BRIDGETTE GREER**

**CYNTHIA J. THOMAS**
**GALLOWAY JOHNSON TOMPKINS BURR & SMITH**
**Three Sanctuary Blvd., Suite 301**
**Mandeville, LA 70471**
**COUNSEL FOR SONNY GREER, INC. D/B/A SONNY GREER CONSTRUCTION CO., INC.**

**RICHARD D. CHAPPUIS, JR.**
**VOORHIES & LABBE**
**P.O. Box 3527**
**Lafayette, LA 70502-3527**
**COUNSEL FOR MELVIN J. OUBRE, AIA**